IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kenneth W. Mills

    Petitioner,                                           No. CIV S-05-1060 MCE CMK

    vs.

State of California,

    Defendants.

_____/          <u>ORDER</u>

        On June 13, 2005, new case documents served on petitioner's address of record were returned as undeliverable. As a result, the undersigned filed findings and recommendations on June 24, 2005 recommending that this action be dismissed for petitioner's failure to keep the court appraised of his current address.

        Those findings and recommendations were served on the same address of record to which the new case documents were sent. However, these documents were not returned. It appears that the return of the new case documents sent to petitioner was due to confusion of the prison mail room staff rather than to petitioner's failure to keep the court appraised of his current address.

///

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed on June 24, 2005 are vacated and;

2. The clerk is directed to reserve prisoner new case documents on petitioner at his address of record.

DATED: July 7, 2005.

```
                              /s/ Craig M. Kellison
                              _____
                              CRAIG M. KELLISON
                              UNITED STATES MAGISTRATE JUDGE
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26