IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kenneth W. Mills

    Petitioner,                      No. CIV S-05-1060 MCE CMK

    vs.

State of California,

    Defendants.

_____/    <u>ORDER</u>

        On June 13, 2005, new case documents served on petitioner's address of record were returned as undeliverable. As a result, the undersigned filed findings and recommendations on June 24, 2005, recommending that this action be dismissed for petitioner's failure to keep the court appraised of his current address.

        Those findings and recommendations were served on the same address of record to which the new case documents were sent. However, these documents were not returned. As a result, the undersigned issued an order vacating the June 24, 2005 findings and recommendations and directed the clerk to reserve the new case documents on petitioner at his address of record. On July 8, 2005, the documents served on petitioner were returned as undeliverable "attempted, not known."

1    A careful review of the case file indicates that the transfer order from the Central
2    District of California states that petitioner is confined in the Metropolitan State Mental Hospital
3    in Norwalk. The service address does not include that name. Additionally, petitioner's
4    identification number may be inaccurate; the notation on the cover of his petition appears to read
5    "MET-260029-4" or MET-2L0029-4." The clerk's office and the records of the Central District
6    of California reflect "AT-260029-4."
7    Accordingly, IT IS ORDERED that the clerk is directed to reserve prisoner new
8    case documents (doc. 2) on petitioner at the following address:

    Kenneth W. Mills
    Metropolitan State Mental Hospital
    MET-260029-4   (or MET 2L0029-4)
    South Bloomfield Ave
    Norwalk, CA 90650

DATED:  July 15, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26